OTTO BRAUNWARTH v. HERBERT G. WELLINGTON.— Motion for leave to appeal to the Court of Appeals and for a resettlement of order entered November 17, 1939, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MAY B. KRONE against JOSEPH A. CANAVAN, as Chairman of the New York State Board of Parole, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE SAHOFF CORPORATION v. WILLIAM B. MAY COMPANY REAL ESTATE, INC.— Motion for leave to appeal to the Court of Appeals or for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of HAROLD A. CUNNINGHAM and Others for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, as Members of the Municipal Civil Service Commission, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LILLIAN DUDREY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ANNE RITHOLTZ v. ISIDORE SCHILDER and Others, Impleaded with JOSEPH G. COHEN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

NATE SHORR v. MARWILL REALTY CORPORATION and Another, CHARLES MOREY SIEGEL and Others. (B. LEO SCHWARTZ, Referee.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES F. O'KELLY for an Order against JOHN WARREN HILL, Presiding Justice of the Domestic Relations Court of the City of New York.—Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 631]. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PHILIP EDWARDS for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, and JOHN J. CAMPBELL, JR.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of CHESTER W. MCNALLY (Also Known as CHESTER WILLIAM MCNALLY).— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.